**FILED** KSR
**3/6/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cr-00129
Judge Sunil R. Harjani
Magistrate Judge Young B. Kim
RANDOM/CAT 4

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| JOSE GREGORIO SOSA CARDONA | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? No

What is the most severe level of offense/penalty in this indictment or information?
**False Statements IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 371, 1546(a), 1001(a)(3), and 1001(a)(1)**

Assistant United States Attorney(s): **Jeffrey S. Snell**

Contact Person and Phone Number: **Jeffrey S. Snell; 312.469.6308**