# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GREGORIO SOSA CARDONA,<br><br>Defendant. | 1:25-cr-00129-1<br><br>District Judge Harjani<br><br>Magistrate Judge McShain |

## ORDER

Initial appearance and arraignment held on 03/10/2025. Defendant appears in response to arrest in this District on 03/10/2025. Retained counsel Attorney Jacob Briskman appears on behalf of the Defendant. Defendant informed of the charges against him in the Indictment and the maximum possible sentence/fine if convicted of the charges. Defendant acknowledged receipt of the Indictment; waived formal reading of Indictment; and, entered a plea of not guilty to the Indictment. The Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C §§ 3142(f)(2)(A), (f)(2)(B). For the reasons stated on the record, the Court finds that the Government has met its burden and is entitled to a detention hearing pursuant to 18 U.S.C §§ 3142(f)(2)(A), (f)(2)(B). In-person detention hearing is set before Magistrate Judge McShain for 03/12/2025 at 1:00 p.m. in Courtroom 1025. Pretrial Services may participate in the hearing telephonically. Any potential third-party custodian is required to attend the detention hearing in-person on 03/12/2025. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court. Rule 16.1(a) conference to be held by 03/24/2025. Status hearing is set before Judge Harjani on 04/01/2025 at 9:45 a.m. Pretrial motion schedule is deferred until the initial status hearing before Judge Harjani. The Government's unopposed oral motion to exclude time is granted. The time from 03/10/2025 through 04/01/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order.

The Government's oral motion to unseal the case is granted. The Clerk's Office is directed to unseal this case.

IA: 00:13
AR: 00:05

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: March 10, 2025**