# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                     Case No.: 1:25−cr−00129

                                                               Honorable Sunil R. Harjani

Jose Gregorio Sosa Cardona

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Detention hearing held on 03/12/2025 and continued 03/13/2025 at 1:00 p.m. by telephone for ruling. To participate in the telephonic hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.