# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America
  Plaintiff,

                  Case No. 25CR129

v.

Jose Gregorio Sosa Cardona,
  Defendant.

---

## DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF PRETRIAL RELEASE

Now comes Defendant Jose Gregorio Sosa Cardona, adding and clarifying a few points regarding his request for pretrial release:

1. With respect to Defendant's previous criminal matter from 2013 in Bucks County, Pennsylvania -- CP-09-CR-0003285-2013 -- the docket shows Defendant posted bond there on 04/27/2013 - and there is no indication from the docket that Defendant failed to appear on any of his Court dates. (Exhibit A).

2. Defendant is amenable to stricter conditions which can further mitigate any risk of flight, such as a curfew or GPS monitoring.

DATE: March 13, 2025
Respectfully submitted,
By: /s/ Jacob S Briskman
Attorney-at-Law
2624 W. Fullerton
Chicago, IL 60647
Ph- (312) 945-6207
Fax- (773) 442-2117
jacob.briskman@gmail.com