# EXHIBIT A

# DOCKET SHEET FROM

# CP-09-CR-0003285-2013

# COURT OF COMMON PLEAS OF BUCKS COUNTY
## DOCKET



**Docket Number:** CP-09-CR-0003285-2013
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 1 of 9

### CASE INFORMATION

| | |
|---|---|
| Judge Assigned: | Date Filed: 05/15/2013  Initiation Date: 12/13/2012 |
| OTN: T 293749-1  LOTN: | Originating Docket No: MJ-07301-CR-0000026-2013 |
| Initial Issuing Authority: Maggie Snow | Final Issuing Authority: |
| Arresting Agency: Solebury Twp Police Dept | Arresting Officer: Ferrari, Roy G. |
| Complaint/Citation No.: 20130123M0012 | Incident Number: |
| County: Bucks | Township: Solebury Township |
| Case Local Number Type(s) | Case Local Number(s) |

### STATUS INFORMATION

**Case Status:** Closed

| Status Date | Processing Status |
|---|---|
| 11/25/2013 | Sentenced/Penalty Imposed |
| 11/25/2013 | Awaiting Sentencing |
| 11/25/2013 | Awaiting Trial - GP Withdrawn |
| 11/06/2013 | Awaiting Sentencing |
| 11/06/2013 | Awaiting PSI |
| 08/30/2013 | Awaiting Sentencing |
| 08/30/2013 | Awaiting PSI |
| 08/23/2013 | Awaiting Sentencing |
| 08/01/2013 | Awaiting Trial |
| 06/13/2013 | Awaiting Pre-Trial Conference |
| 05/24/2013 | Awaiting Trial |
| 05/15/2013 | Awaiting Formal Arraignment |
| 05/15/2013 | Awaiting Filing of Information |

**Arrest Date:** 12/13/2012

**Complaint Date:** 02/19/2013

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 06/14/2013 | 12:00 pm | 1st Floor, District Attorney's Booth | | Scheduled |
| Trial | 08/01/2013 | 9:00 am | 1st Floor, District Attorney's Booth | | Scheduled |
| Trial | 08/23/2013 | 9:00 am | 1st Floor, District Attorney's Booth | | Scheduled |
| Sentencing | 10/16/2013 | 10:00 am | Courtroom #3 | Senior Judge Albert J. Cepparulo | Cancelled |
| Sentencing | 11/25/2013 | 10:00 am | Courtroom #3 | Senior Judge Albert J. Cepparulo | Scheduled |
| Probation/Parole Violation Hearings | 03/22/2017 | 9:00 am | Courtroom 410 | President Judge Raymond F. McHugh | Cancelled |

CPCMS 9082  Printed: 03/12/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY
## DOCKET



Docket Number: CP-09-CR-0003285-2013
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 2 of 9

### DEFENDANT INFORMATION

| Date Of Birth: | 05/08/1984 | City/State/Zip: | Lisle, IL 60532 |
|---|---|---|---|

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Probation Officer | Direso, Stephen P. |
| Defendant | Sosa Cardona, Jose G. |

### BAIL INFORMATION

**Sosa Cardona, Jose G.**  Nebbia Status: None

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 03/27/2013 | Monetary | Magisterial District Court | 10.00% | $200,000.00 |
| Decrease Bail Amount | 04/05/2013 | Monetary | Magisterial District Court | 10.00% | $50,000.00 |

| Surety Type | Surety Name | Posting Status | Posting Date | Security Type | Security Amt |
|---|---|---|---|---|---|
| Self | Sosa Cardona, Jose G. | Posted | 04/23/2013 | Cash | $5,000.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 31 | M1 | **18 § 3921 §§ A** | Theft By Unlaw Taking-Movable Prop | 12/23/2012 | T 293749-1 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event | Disposition Date | Final Disposition
Sequence/Description | Offense Disposition | Grade  Section
Sentencing Judge | Sentence Date | Credit For Time Served
Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date
Sentence Conditions

**Waived for Court (Lower Court)**  Defendant Was Present
Lower Court Disposition  05/13/2013  Not Final

**Proceed to Court (Arraignment Waived)**  Defendant Was Not Present
Information Filed  06/13/2013  Not Final

**Guilty Plea**
Trial  08/23/2013  Not Final

**Proceed to Court (GP Withdrawn)**
Hearing  11/25/2013  Not Final

**Guilty Plea**
Hearing  11/25/2013  Final Disposition
  1 / Theft By Unlaw Taking-Movable Prop  Guilty Plea  M1  18 § 3921 §§ A
    Cepparulo, Albert J.  11/25/2013
      Probation  Min of 3.00 Years
        Max of 3.00 Years
        Other

CPCMS 9082  Printed: 03/12/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



Docket Number: CP-09-CR-0003285-2013

### CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 3 of 9

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition |
| --- | --- | --- |
| Sequence/Description | Offense Disposition | Grade  Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

Pay Costs

Pay Restitution in the amount of $9,000.00.
Balance of resitution is to be paid within 6 months.
Transfer Supervision to Chicago, IL.

100 Hours Community Service

Last 18 months may be non-reporting if compliant with probation(if restitution is paid and community service is completed).

### COMMONWEALTH INFORMATION

Name: Ryan L. Hyde
Assistant District Attorney

Supreme Court No: 209564

Phone Number(s):
215-348-6321  (Phone)

Address:
Bucks CO District Attorney
55 E Court St 4th Fl
Doylestown, PA  18901

### ATTORNEY INFORMATION

Name: Michael Kevin Parlow
Private

Supreme Court No: 066590

Rep. Status: Active

Phone Number(s):
215-639-4400  (Phone)

Address:
3618 Hulmeville Rd
Bensalem, PA  19020-4449

Representing: Sosa Cardona, Jose G.

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
| --- | --- | --- | --- |
| 1 | 03/27/2013 | | Snow, Maggie |
| Bail Set - Sosa Cardona, Jose G. | | | |
| 1 | 04/05/2013 | | McMaster, James M. |
| Order Granting Motion for Modification of Bail - Sosa Cardona, Jose G. | | | |
| 1 | 04/23/2013 | | Sosa Cardona, Jose G. |
| Bail Posted - Sosa Cardona, Jose G. | | | |
| 1 | 05/15/2013 | | Court of Common Pleas - Bucks County |
| Original Papers Received from Lower Court | | | |

CPCMS 9082

Printed: 03/12/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



Docket Number: CP-09-CR-0003285-2013
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 4 of 9

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/06/2013 | | Parlow, Michael Kevin |
| Appearance and Waiver of Arraignment | | | |
| 2 | 06/06/2013 | | Parlow, Michael Kevin |
| Request for Bill of Particulars | | | |
| 3 | 06/06/2013 | | Parlow, Michael Kevin |
| Request for Pre-Trial Discovery | | | |
| 1 | 06/13/2013 | | Commonwealth of Pennsylvania |
| Information Filed (Arraignment Waived) | | | |
| 1 | 07/09/2013 | | Bucks County District Attorney's Office |
| Discoverable materials (cover letter only) | | | |
| 2 | 07/09/2013 | | Bucks County District Attorney's Office |
| Request for Pre-Trial Discovery | | | |
| 1 | 07/26/2013 | | Parlow, Michael Kevin |
| Motion for Additional Discovery | | | |
| 2 | 08/01/2013 | | Bateman, Wallace H. Jr. |
| Order Granting Continuance of Trial | | | |
| 1 | 08/23/2013 | | Cepparulo, Albert J. |
| Guilty Plea | | | |
| 2 | 08/23/2013 | | Cepparulo, Albert J. |
| Sentence Deferred | | | |
| 1 | 10/31/2013 | | Bucks County Court Administration |
| Motion Returned to File for Time of Trial | | | |
| 2 | 11/25/2013 | | Cepparulo, Albert J. |
| Order Granting Motion to Withdraw Guilty Plea | | | |
| 3 | 11/25/2013 | | Cepparulo, Albert J. |
| Guilty Plea | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

**DOCKET**



Docket Number: CP-09-CR-0003285-2013

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 5 of 9

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 11/25/2013 | | Cepparulo, Albert J. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 12/13/2013 | | Court of Common Pleas - Bucks County |
| Penalty Assessed | | | |
| 1 | 06/23/2014 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 30 Days Overdue | | | |
| 1 | 07/24/2014 | | Court of Common Pleas - Bucks County |
| Entry of Civil Judgment | | | |
| 2 | 07/24/2014 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 61 Days Overdue | | | |
| 1 | 08/25/2014 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 93 Days Overdue | | | |
| 1 | 08/28/2014 | | Court of Common Pleas - Bucks County |
| Notice Returned as Undeliverable | | | |
| 1 | 09/03/2014 | | Sosa Cardona, Jose G. |
| Referral of Account to Collection Agency | | | |
| 1 | 06/22/2016 | | McAndrews, R. Barry |
| Hearing Officer's Review Hearing Recommendation | | | |
| 1 | 08/18/2016 | | McAndrews, R. Barry |
| Hearing Officer's Review Hearing Recommendation | | | |
| 1 | 12/28/2016 | | Bucks County Probation Department |
| Praecipe for Technical Probation/Parole Violation Hearing | | | |
| 1 | 12/30/2016 | | Bateman, Wallace H. Jr. |
| Order Granting Motion for Hearing on Violation of Probation/Parole | | | |

CPCMS 9082     Printed: 03/12/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



Docket Number: CP-09-CR-0003285-2013

### CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 6 of 9

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Sosa Cardona, Jose G. 12/30/2016 | First Class | | |

| | | | |
|---|---|---|---|
| 1 | 01/12/2017 | | Bateman, Wallace H. Jr. |
| Order to Remove Case from Collections | | | |
| 1 | 01/18/2017 | | Sosa Cardona, Jose G. |
| Return Case From Collection Agency - Court Request | | | |
| 1 | 02/13/2017 | | Court of Common Pleas - Bucks County |
| Notice Returned as Undeliverable | | | |
| 1 | 07/17/2017 | | Court of Common Pleas - Bucks County |
| Notice of Outstanding Costs | | | |
| 1 | 07/25/2017 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 44 Days Overdue | | | |
| 1 | 08/16/2017 | | Court of Common Pleas - Bucks County |
| Notice Returned as Undeliverable | | | |
| 1 | 08/21/2017 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 41 Days Overdue | | | |
| 1 | 09/22/2017 | | Court of Common Pleas - Bucks County |
| Delinquency Notice Filed - 73 Days Overdue | | | |
| 1 | 11/01/2017 | | Sosa Cardona, Jose G. |
| Referral of Account to Collection Agency | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

### COURT OF COMMON PLEAS OF BUCKS COUNTY

**DOCKET**



Docket Number: CP-09-CR-0003285-2013
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 7 of 9

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/19/2019 | | Court of Common Pleas - Bucks County |

Penalty Satisfied

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY
## DOCKET



Docket Number: CP-09-CR-0003285-2013
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 8 of 9

### CASE FINANCIAL INFORMATION

Last Payment Date: 11/19/2019  Total of Last Payment: -$75.53

| Sosa Cardona, Jose G.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Transportation Fee (Bucks) | $618.31 | ($618.31) | $0.00 | $0.00 | $0.00 |
| ATJ | $3.00 | ($3.00) | $0.00 | $0.00 | $0.00 |
| Admin Fee (Bucks) | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Automation Fee (Bucks) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Booking Center Fee (Bucks) | $150.00 | ($150.00) | $0.00 | $0.00 | $0.00 |
| CJES | $2.25 | ($2.25) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.90 | ($9.90) | $0.00 | $0.00 | $0.00 |
| Costs of Prosecution - CJEA | $50.00 | ($50.00) | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $32.10 | ($32.10) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Information Service Fee (Bucks) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| JCPS | $10.25 | ($10.25) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| Law Library (Bucks) | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Misd. & Felony Before Trial (Bucks) | $206.00 | ($206.00) | $0.00 | $0.00 | $0.00 |
| Sheriff Fee (Bucks) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $11.50 | ($11.50) | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| Miscellaneous Issuances (Bucks) | $16.50 | ($16.50) | $0.00 | $0.00 | $0.00 |
| OSP (Bucks/State) (Act 35 of 1991) | $630.00 | ($630.00) | $0.00 | $0.00 | $0.00 |
| OSP (Bucks/State) (Act 35 of 1991) | $630.00 | ($630.00) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $200.00 | ($200.00) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $112.00 | ($112.00) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $80.00 | ($80.00) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $20.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $377.46 | ($377.46) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $62.94 | ($62.94) | $0.00 | $0.00 | $0.00 |
| Collection Fee (Bucks) | $12.59 | ($12.59) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $3,377.80 | ($3,377.80) | $0.00 | $0.00 | $0.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY
## DOCKET



Docket Number: CP-09-CR-0003285-2013
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jose G. Sosa Cardona

Page 9 of 9

### CASE FINANCIAL INFORMATION

| **Sosa Cardona, Jose G.**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Restitution** | | | | | |
| Restitution | $9,000.00 | ($9,000.00) | $0.00 | $0.00 | $0.00 |
| Restitution Totals: | $9,000.00 | ($9,000.00) | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $12,377.80 | ($12,377.80) | $0.00 | $0.00 | $0.00 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.