**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00129
Honorable Sunil R. Harjani

Jose Gregorio Sosa Cardona

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2025:

MINUTE entry before the Honorable Heather K. McShain: Continued detention hearing held on 03/13/2025 by telephone for oral ruling, at request of defense counsel. As confirmed on the record today, Defendant waived his right to proceed today in−person. For the reasons stated on the record, the Court finds that there is no condition or combination of conditions to reasonably assure Defendant's appearance at future court hearings. Accordingly, the Government's oral motion for pretrial detention is granted. Detention Order to follow. Defendant shall remain in federal custody until further order of the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.