UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE GREGORIO SOSA CARDONA | No. 25 CR 129<br><br>Honorable Sunil R. Harjani |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with conspiracy to defraud the United States and violate 18 U.S.C. § 1546, ¶¶ 1 and 4, in violation of 18 U.S.C. § 371 (Count 1); fraud and misuse of visas, permits, and other documents, in violation of 18 U.S.C. § 1546, ¶ 4 (Counts 2-5); the knowing making and using of a materially false writing or document in a matter within the jurisdiction of the executive branch of the government of the United States, in violation of 18 U.S.C. § 1001(a)(3) (Count 6); and falsification, concealment, or coverup by trick, scheme, or device of a material fact within the jurisdiction of the executive branch of the government of the United States, in violation of 18 U.S.C. § 1001(a)(1) (Count 7).

1

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                                Respectfully submitted,

                                                MORRIS PASQUAL
                                                Acting United States Attorney

By:   /s/ *Jeffrey S. Snell*
        JEFFREY S. SNELL
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 469-6308

Dated: March 18, 2025