# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Jose Gregorio Sosa Cardona

Defendant.

Case No.: 1:25−cr−00129
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

MINUTE entry before the Honorable Sunil R. Harjani as to Jose Gregorio Sosa Cardona: In−person status hearing held. Defendant Cardona was present in court. The Government's unopposed motion for entry of protective order [14] is granted. The Government reported that discovery has been produced, and substantial discovery completed will be completed by 6/2/2025. Pretrial motions pursuant to Fed. R. Crim. P. 12(b) are due by 6/2/2025; the government shall provide, if it wishes to engage in plea negotiations, a draft plea agreement to Defendants by 6/23/2025; Defendant and defense counsel shall promptly review the draft together and respond to the government by 7/7/2025. An in−person status hearing, with the defendants present, is set for 7/22/2025 at 10:00 a.m. The parties should be prepared to set a trial date at that time if the matter will not be resolved short of trial. Upon motion by the government and without objection, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A), (B) from today and through 7/22/2025. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, for continuity of counsel, to complete review of discovery, for effective preparation of the case, and to conclude any plea negotiations. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.