UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE GREGORIO SOSA CARDONA | No. 25 CR 129<br><br>Honorable Sunil R. Harjani |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA and JOSE GREGORIO SOSA CARDONA, through their respective counsel, file this joint report to advise the Court as to the status of the case.

1. On May 28, 2025, the Court held a hearing on defendant's Motion for Release from Custody. The matter was continued to a hearing set for June 17, 2025, at 10:00 a.m. for the evaluation of certain real property in Downers Grove, Illinois proposed to secure a bond (the "Downers Grove Property").

2. On June 12, 2025, a grand jury returned a superseding indictment against defendant charging additional offenses.

3. Defendant is no longer proposing the Downers Grove Property as collateral for a bond at this time.

Respectfully submitted,

| | |
|---|---|
| ANDREW S. BOUTROS<br>United States Attorney | JOSE GREGORIO SOSA CARDONA |
| By: /s/ Jeffrey S. Snell<br>JEFFREY S. SNELL<br>Assistant U.S. Attorney<br>219 South Dearborn St., Rm. 500<br>Chicago, Illinois 60604<br>(312) 469-6308 | /s/ by JSS with permission<br>Joshua Adams<br>Law Offices of Joshua B. Adams, PC<br>900 W. Jackson Blvd.<br>Suite 7 East<br>Chicago, IL 60607<br>312-566-9173 |

Dated: June 16, 2025

1