# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                             Case No.: 1:25−cr−00129

                                                        Honorable Sunil R. Harjani

Jose Gregorio Sosa Cardona

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In−person status hearing held. Change of Plea hearing set for 11/13/2025 at 10:30 a.m. in Courtroom 1925. By 11/10/2025, counsel shall provide a copy of the plea agreement to chambers. Time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A), (B) from today and through 11/13/2025. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.